**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMES FISHER,

           Plaintiff,

vs.                                           Case No. 3:10-cv-1115-J-32JRK

PARK PLACE LOUNGE and THOMAS GILBERT,

           Defendants.
_____/

## **REPORT AND RECOMMENDATION**[1]

This cause is before the Court on two matters: (1) Plaintiff's request to proceed in forma pauperis;[2] and (2) the January 20, 2011 Order to Show Cause (Doc. No. 9). Upon review of the file, the undersigned recommends that this case be dismissed for failure to prosecute.

On December 7, 2010, Plaintiff filed a Complaint (Doc. No. 1). In the Complaint, Plaintiff states that "this case clearly falls under the [Racketeer Influenced and Corrupt Organizations Act ('RICO').]" Compl. at 2. Plaintiff sets forth the following factual allegations in the Complaint. On December 5, 2010, Plaintiff's "husband" left their home indicating to Plaintiff he was going to "pick up money from 'a friend[,]'" Thomas Gilbert. Id. at 3. Plaintiff

---

[1] Specific, written objections may be filed in accordance with 28 U.S.C. § 636 and Rule 6.02, Local Rules, United States District Court, Middle District of Florida, within fourteen (14) days after service of this document. Failure to file timely objections shall bar the party from a de novo determination by a district judge and from attacking factual allegations on appeal.

[2] The undersigned construes the Affidavit of Indigency (Doc. No. 2), filed December 7, 2010, as a request to proceed in forma pauperis.

states his "husband" has been diagnosed with "ADHD, Bipolar, [Schizophrenia], and slow learning disability." Id. Plaintiff further states his "husband" has "alcohol poison[ing.]" Id. On December 6, 2010, Plaintiff's "husband" contacted "a roommate of [theirs] and stated he would return when he had enough to drink." Id. Plaintiff states that "both Defendants are clearly attempting to murder [Plaintiff's] husband as both Defendants know of his condition." Id. Plaintiff seeks the following relief: "(1) an order mandating both Defendants to return Plaintiff's husband . . . to [him] – unharmed[;] (2) one million dollars from each [D]efendant for undue stress[;] (3) an order to revoke [Park Place Lounge's] license to sell beer and other intoxicants[;] (4) an order to close [Park Place Lounge] completely down[; and] (5) a trial by jury[.]" Id. at 4.

On December 14, 2010, the Court entered an Order (Doc. No. 7; "December 14, 2010 Order") explaining to Plaintiff that his Complaint appears frivolous and fails to state a claim upon which relief may be granted. See December 14, 2010 Order at 2-5. Plaintiff was given until January 18, 2011 to file an amended complaint to correct the deficiencies in the Complaint identified in the December 14, 2010 Order. See id. at 5. Plaintiff failed to file an amended complaint as directed in the December 14, 2010 Order. Therefore, on January 20, 2011, the undersigned entered an Order to Show Cause (Doc. No. 9) giving Plaintiff until February 2, 2011 to submit an amended complaint and show cause why his request to proceed in forma pauperis should not be denied and the Complaint dismissed for failure to comply with the December 14, 2010 Order. See Order to Show Cause at 1-2. In the Order to Show Cause, it was explicitly stated that "[i]f Plaintiff does not respond to this Order to Show Cause by submitting an amended complaint or, in the alternative, paying the filing fee,

the undersigned will recommend that this action be dismissed pursuant to Local Rule 3.10(a) for failure to prosecute." Id. at 2 (emphasis in original).

As of this date, Plaintiff has neither complied with the December 14, 2010 Order, nor responded to the Order to Show Cause.

## **RECOMMENDATION**

Accordingly, it is recommended that this action be **DISMISSED** without prejudice pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida, for failure to prosecute.

**RESPECTFULLY RECOMMENDED** at Jacksonville, Florida on February 3, 2011.

_James R. Klindt_
**JAMES R. KLINDT**
United States Magistrate Judge

wlg

Copies to:

The Honorable Timothy J. Corrigan,
United States District Judge

Pro Se Party

-3-