## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

JAMES FISHER,

        Plaintiff,

vs.                                                      Case No. 3:10-cv-1115-J-32JRK

PARK PLACE LOUNGE, et al.,

        Defendants.

## ORDER

This case is before the Court on Plaintiff's Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2), which the Court construes as a motion for leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). Upon review of these filings, the assigned United States Magistrate Judge directed plaintiff to file an amended complaint and warned plaintiff that failure to comply could result in the Magistrate Judge recommending that his complaint be dismissed for failure to prosecute (Doc. 7). Plaintiff failed to further amend his complaint or to file any other response to the Court's Order and on January 20, 2011, the Magistrate Judge issued an Order to Show Cause (Doc. 9) directing plaintiff to show cause as to why his complaint should not be dismissed for failure to prosecute. Plaintiff failed to respond and on February 3, 2011, the Magistrate Judge issued a Report and Recommendation recommending that plaintiff's complaint be dismissed for failure to prosecute (Doc.10). No objections were filed and the time in which to do so has now passed.

Accordingly, upon independent review of the file and for the reasons stated in the

Report and Recommendation issued by the Magistrate Judge (Doc. 10), it is hereby

**ORDERED**:

1. The Report and Recommendation (Doc. 10) of the Magistrate Judge is **ADOPTED** in full as the opinion of the Court.

2. Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 2) is **DENIED**.

3. This case is dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a).  The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 14th day of March, 2011.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies:

Honorable James R. Klindt
United States Magistrate Judge

pro se plaintiff